IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20481-01-Ma |
| | ) | |
| MARCUS BUFORD, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on August 5, 2005, the United States Attorney for this district appearing for the Government and the defendant, Marcus Buford, appearing in person and with appointed counsel, Mr. Handel Durham.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Monday, November 7, 2005 at 1:30 p.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 5th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-11-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CR-20481 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT