IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /hc/ D.C.

05 NOV -8 PM 4: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20481-Ma

MARCUS BUFORD,

    Defendant.

ORDER RESETTING SENTENCING DATE

Before the court is the defendant's November 7, 2005, unopposed motion to reset the sentencing of Marcus Buford, which is presently set for November 7, 2005. For good cause shown, the motion is granted. The sentencing of defendant Marcus Buford is **reset to Friday, December 9, 2005, at 3:00 p.m.**

It is so ORDERED this 7th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b), FRCrP on 11-121-05

33

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CR-20481 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT